UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. RISENHOOVER,<br>Plaintiff,<br>v.<br>WARDEN OF SALINAS VALLEY STATE PRISON, et al.,<br>Defendants. | Case No. 18-cv-00227-WHO (PR)<br><br>**ORDER OF TRANSFER** |

The claims plaintiff Michael Allen Risenhoover raises in this civil rights complaint arise from events that occurred at North Kern State Prison, which lies in the Eastern District. Consequently, the action will be transferred there.

Although Risenhoover names the warden of Salinas Valley and the Appeals Coordinator of that prison in the caption of his complaint, the complaint itself contains no specific allegations against them. Accordingly, those defendants are DISMISSED from this action.

In a declaration filed with the complaint, but not in the complaint itself, Risenhoover alleges that unnamed defendants at Salinas Valley placed another prisoner in his cell in the hope that that new prisoner would assault plaintiff. The prisoner never attacked or in any way harmed Risenhoover and was removed from his cell 20 minutes after being placed there. The officer who removed the prisoner admitted that the

placement was a "mistake." Because these allegations do not appear in the complaint, they are not claims and therefore cannot be addressed in this order. If Risenhoover wishes to file a civil rights complaint in this Court regarding those allegations, he is free to do so. In light of the allegations in the declaration, however, the absence of any harm (or even a threat of harm) to Risenhoover will make it difficult for him to state a claim for relief.

This action is TRANSFERRED to the Eastern District of California where venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the named defendants reside, in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** March 28, 2018



WILLIAM H. ORRICK
United States District Judge